UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DELAIZARAH ZGRAGGEN ROSARIO,**

      **Plaintiff,**

v.                                                  **Case No:  6:15-cv-1125-Orl-41GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Uncontested Petition for Attorney's Fees (Doc. 19). United States Magistrate Judge Thomas B. Smith submitted a Report and Recommendation (Doc. 21), which recommends that the motion be granted in part and that Plaintiff be awarded $3,635.97 in attorney's fees. The parties filed a Joint Statement (Doc. 22) noting that they do not have any objections to the Report and Recommendation.

After an independent *de novo* review of the record and noting that the parties have no objections, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 21) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Uncontested Petition for Attorney's Fees (Doc. 19) is **GRANTED in part** and **DENIED in part**.

    3. Plaintiff is awarded $3,635.97 in attorney's fees. In all other respects, the motion is denied.

**DONE** and **ORDERED** in Orlando, Florida on August 30, 2016.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record